IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL J. BRUNO,

    Plaintiff,

vs.                                           Case No. 4:12cv624-SPM/CAS

OFFICER WILLIAM JONES,
and C.E. RICHARDSON,

    Defendants.

                                 /

## ORDER DIRECTING SERVICE

Plaintiff, an inmate proceeding pro se and in forma pauperis, has filed a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. The complaint was reviewed pursuant to 28 U.S.C. § 1915A and deemed sufficient to alert the Defendants to the nature and basis of Plaintiff's claims. Doc. 6. Plaintiff was directed to provide service copies of his complaint, doc. 1, and he has complied. Plaintiff has also provided a supplement, doc. 7, in which he submits that he exhausted administrative remedies. The supplement will not be served on the Defendants as it is not part of the complaint, but Defendants are hereby advised of that filing.

Accordingly, it is

**ORDERED:**

1. The docket shall reflect that there are two Defendants in this action: **Officer William Jones,** and **Chief Health Officer C.E. Richardson**.

2. The Clerk shall issue summonses, indicating that Defendants have sixty (60) days in which to file a response to the complaint, and refer the summonses to the United States Marshals, along with the service copies of Plaintiff's complaint.

3. The Clerk shall also prepare and send the Marshal a copy of this order for each of the named Defendants.

4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **John Holtz** is specially appointed to serve process upon Defendants **Officer William Jones,** and **Chief Health Officer C.E. Richardson** at the Jefferson Correctional Institution, a facility within the Florida Department of Corrections. In the absence of **John Holtz,** the specially appointed process server designated above, **James Speights** is designated as an alternate server and shall comply with this order as though issued in her name.

5. Within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the civil rights complaint, a summons, and this order upon each Defendant. Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the complaint.** All costs of service shall be advanced by the United States.

6. Within 10 days after receipt of the complaint and this order, **John Holtz** shall **serve the complaint upon the individuals named above, complete** and **sign** the

Case No. 4:12cv624-SPM/CAS

return of service, and **return** it to the <u>Clerk of Court</u> as proof of service.  *Defendants shall <u>also</u> sign the return of service as an acknowledgment of receipt of service.*

7.  If any Defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, **John Holtz** shall report this information to the Clerk of Court within 10 days after receipt of the complaint and this order.  *If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the Clerk of Court shall immediately notify Chambers.*

8.  Defendants shall have 60 days in which to file a response to the complaint.[1]

9.  No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the Court.

10.  Counsel for Defendants shall file a notice of appearance within thirty (30) days of the date of service.

11.  Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the Court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.  N.D. Fla. Loc. R. 15.1.

12.  In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent, the form should be signed and forwarded to counsel for

---

[1] If service cannot be completed by using the special appointee process, and personal service must be carried out, a defendant will have only 21 days in which to respond to a complaint.  Fed. R. Civ. P. 12(a)(1)(A)(i).

Defendants. If Defendants wish to consent, the form should be signed and returned to the Clerk.

13. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to each Defendant or to the attorney representing each Defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

14. Plaintiff is reminded to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute should court orders not be able to reach Plaintiff.

15. The Clerk of Court shall return this file to me no later than May 22, 2013.

**DONE AND ORDERED** on February 21, 2013.

                                              **S/   Charles A. Stampelos**
                                              **CHARLES A. STAMPELOS**
                                              **UNITED STATES MAGISTRATE JUDGE**