# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PAUL J. BRUNO,

    Plaintiff,

vs.                               Case No. 4:12cv624-MW/CAS

OFFICER WILLIAM JONES,
and C.E. RICHARDSON,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Clerk has referred this case because Plaintiff's copy of the supplemental service order, doc. 10, entered on April 11, 2013, was returned to the Court as undeliverable. Doc. 13. Plaintiff initiated this case as a pro se prisoner on December 5, 2012. Doc. 1. In nearly every court order entered in this case, Plaintiff was advised that he must keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Plaintiff was specifically warned that if he failed to do so, this case may be dismissed for failure to prosecute should court orders not be able to reach Plaintiff. *See* docs. 3, 5, 6, 8, and 10.

The last document received from Plaintiff was a notice of Plaintiff's "supplemental appendix," filed on February 15, 2013. Doc. 7. The Department of Corrections website advises that Plaintiff was released from custody on March 12, 2013, and Plaintiff's stated residence upon release was "homeless" in Ft. Walton Beach, Florida. An Order to Show Cause was entered on April 22, 2013, noting that Plaintiff had not been out of prison for an extensive period of time, but he had been released for a sufficient period of time in which to provide this Court with a mailing address. That Order has also been returned as undeliverable. Doc. 15.

The Court has no way to continue this case if court orders cannot reach Plaintiff. The case should not sit on the docket without any action in the hopes that Plaintiff may demonstrate his intent to continue this case and submit a current address. This case should be dismissed without prejudice for Plaintiff's failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on May 14, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:12cv624-MW/CAS