IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL J. BRUNO,

    Plaintiff,

v.                             CASE NO. 4:12-cv-624-MW/CAS

OFFICER WILLIAM JONES
And C.E. RICHARDSON,

    Defendants.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.16, filed May 14, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute." The Clerk shall close the file.

SO ORDERED on May 31, 2013.

                                                  s/Mark E. Walker         
                                                  United States District Judge